
```
___FILED            ___RECEIVED
___ENTERED          ___SERVED ON
        COUNSEL/PARTIES OF RECORD

        SEP 2 5 2017

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-078-JAD-(NJK) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| PHILLIP ALLERSON VAUGHN, | ) | |
| Defendant. | ) | |

This Court finds that defendant Phillip Allerson Vaughn pled guilty to Counts One through Four of a Four-Count Superseding Criminal Information charging him in Counts One and Two with Conspiracy to Interfere with Commerce by Robbery (Hobbs Act Robbery Conspiracy) in violation of Title 18, United States Code, Section 1951(a); in Count Three with Interfere with Commerce by Robbery (Hobbs Act Robbery) in violation of Title 18, United States Code, Section 1951(a); and in Count Four with Brandishing of a Firearm in a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). Superseding Criminal Information, ECF No 97  Change of Plea, ECF No 100 Plea Agreement, ECF No. 99

This Court finds defendant Phillip Allerson Vaughn agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information. Superseding Criminal Information, ECF No. 97  Change of Plea, ECF No. 100 Plea Agreement, ECF No. 99.

///

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information and the offenses to which defendant Phillip Allerson Vaughn pled guilty.

The following property and money judgment are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1951(a), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1951(a), conspiracy to commit such offense; (2) any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), or any violation of any other criminal law of the United States, Title 18, United States Code, Section 1951(a); and (3) any firearm or ammunition intended to be used in any crime of violence, Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 1951(a), and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

1. $214.59 in United States Currency;
2. a 9 mm semiautomatic handgun, Intratec model TEC-9, serial number ITEC65201; and
3. any and all ammunition

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of $6,535.92 and that the property will not be applied toward the payment of the money judgment.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from Phillip Allerson Vaughn an in personam criminal forfeiture money judgment of $6,535.92.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Phillip Allerson Vaughn in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than

sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 25 day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE